# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1242
_____

GENE GIVENS,

    Appellant,

    v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION and
VALENTIS SECURITY SVCS. INC.,

    Appellees.

_____

On appeal from the Reemployment Assistance Appeals
Commission.
Charles T. Faircloth, Jr., Chairman.

February 8, 2024


PER CURIAM.

    AFFIRMED.

LEWIS, RAY, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Gene Givens, pro se, Appellant.

Katie E. Sabo, Appellate Counsel, Reemployment Assistance Appeals Commission, Tallahassee, for Appellee Reemployment Assistance Appeals Commission.

No appearance for Appellee Valentis Security Svcs. Inc.